UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY L. HAVERLANDT,<br><br>Defendant. | 6:21-PO-05033-KLD<br>Violation: FBJF005Z<br><br>Location Code:   M5<br><br>ORDER |

Defendant Gary Haverlandt has moved for leave to appear remotely for the bench trial scheduled for January 21, 2022 at 1:30 p.m. Pursuant to Federal Rule of Criminal Procedure 43(b)(2), and for good cause shown,

IT IS ORDERED that the motion to appear remotely is GRANTED. Defendant may appear via Zoom at the bench trial on January 21, 2022.

IT IS FURTHER ORDERED that, on or before January 7, 2022, Defendant shall call the Clerk of Court's office at (406) 542-7270 and provide an e-mail address to which the Zoom meeting ID and password can be sent. The Clerk of Court is directed to e-mail the Zoom meeting ID and password to Defendant

//

//

within 24 hours of the bench trial. **Zoom Guidance and Setup is available at:**

**https://www.mtd.uscourts.gov/zoom-hearings**.

DATED this 27th day of December, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge